IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | | |
|---|---|---|
| United States of America | * | |
| | * | Case No. CR-3-03-086 |
| Plaintiff | * | |
| | * | |
| -vs- | * | Judge Walter Herbert Rice |
| | * | |
| | * | |
| Andre Lamar Player | * | |
| | * | |
| Defendant | * | |

_____

MOTION TO WITHDRAW

_____

Dwight K. Keller, Esq.                           Anne Catherine Harvey, Esq.
Attorney Registration No. 0074533        Attorney Registration No.  0054585
602 Federal Building                              5335 Far Hills Avenue
200 West Second Street                          Suite 313
Post Office Box 280                                Dayton, Ohio 45429
Dayton, Ohio 45402                               (937) 439-5708
(937) 225-2910                                      Attorney for Defendant
Assistant United States Attorney

Now comes Attorney Anne Catherine Harvey, attorney of record for Defendant Andre Lamar Player, and respectfully moves the Court to permit her to withdraw as attorney of record.

Attorney and client have encountered fundamental differences of opinion as to strategy and development of the defense of this case. Attorney Harvey respectfully moves the Court to permit her to withdraw and to appoint new counsel for Defendant Andre Lamar Player.

Respectfully Submitted,

s/Anne Catherine Harvey

_____

Anne Catherine Harvey #0054585
5335 Far Hills Avenue, Suite 313
Dayton, Ohio 45429
(937) 439-5708
*ATTORNEY FOR ANDRE PLAYER*

## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing was served upon Dwight K. Keller, Esq. Assistant United States Attorney, 602 Federal Building, 200 West Second Street, Post Office Box 280, Dayton, Ohio 45402, by electronic filing.

s/Anne Catherine Harvey
Anne Catherine Harvey